IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

JORGE LUIS RAFAEL BERMUDEZ-RIVERA
Defendant

CRIMINAL 11-0583CCC

## ORDER

Having considered the Report and Recommendation filed on May 23, 2012 (**docket entry 25**) on a Rule 11 proceeding of defendant Jorge Luis Rafael Bermúdez-Rivera held before U.S. Magistrate Judge Bruce J. McGiverin on May 23, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 23, 2012. The **sentencing hearing is set for August 28, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 11, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge